PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00067-SAB |
|---|---|
| Plaintiff, | APPLICATION AND ORDER TO UNSEAL |
| v. | |
| Roy Richard TRUITT III, and<br>Amber Louise LOWE, | |
| Defendants. | |

The United States having applied to seal the complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

The United States now MOVES the Court to unseal the complaint and arrest warrants in this matter.

Dated: June 16, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

APPLICATION AND ORDER TO UNSEAL

1

**ORDER**

IT IS ORDERED.  The complaint and arrest warrants filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: __**June 16, 2023**__             /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE